# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**TYE TRUJILLO,**

    Plaintiff,

v.                                                                                        **No. CIV 13-01001 KG/CG**

**CITY OF FARMINGTON POLICE OFFICERS
D. RONK, A. BOOGNL, and T. SMITH,**

    Defendants.

*consolidated with*

**TYE TRUJILLO,**

Plaintiff,

v.                                                                                    **No. CIV 15-234 LAM/SMV**

**THE CITY OF FARMINGTON,**

Defendant.

## STIPULATED ORDER DISMISSING
## PLAINTIFF'S COMPLAINT WITH PREJUDICE

      **THIS MATTER** came before this Court on Plaintiff's Unopposed Motion to Dismiss Plaintiff's Complaint with Prejudice.  This Court reviewed the Motion and arguments made therein and considered that the parties have entered into a settlement agreement, and that all the parties to this litigation do not oppose this Motion.  Accordingly, this Court finds that Plaintiff's Unopposed Motion to Dismiss Plaintiff's Complaint is well-taken and should be granted.

      **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that any and all claims which Plaintiff brought or could have brought against Defendant City of Farmington in the

above-entitled and numbered cause of action are hereby dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

Kennedy, Kennedy & Ives, LLC

By:   /s/ Joseph P. Kennedy
      Joseph P. Kennedy
      Jennifer J. Wernersbach
      1000 2nd Street, NW
      Albuquerque, New Mexico 87102
      (505) 244-1400
      (505) 244-1406 (facsimile)

Approved By:

ROBLES, RAEL & ANAYA, P.C.

By:   /s/ David Roman
      Luis Robles
      David Roman
      Attorneys for City Defendants
      500 Marquette Ave. NW, Suite 700
      Albuquerque, New Mexico  87102
      (505) 242-2228
      (505) 242-1106 (facsimile)